# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MERALOC, LLC** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-905 |
| v. | § | |
| **NORDSTROM, INC.** | § | LEAD CASE 16-cv-902 |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion for Voluntary Dismissal without Prejudice of all claims asserted by Plaintiff Meraloc, LLC ("Plaintiff") against Defendant Nordstrom, Inc. ("Defendant"), the Motion for Voluntary Dismissal without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE